UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CV-62357-WPD

STARMARK FINANCIAL, LLC,

    Plaintiff,

v.

LUTHER APPLIANCE & FURNITURE
SALES ACQUISITION LLC,

    Defendants.

_____/

## ORDER ADOPTING AND APPROVING
## REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Report and Recommendation (the "Report") [DE 76], issued by Magistrate Judge Patrick M. Hunt on February 10, 2026. The Court notes that no objections to the Report [DE 76] have been filed, and the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 76] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

    Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 76] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.  The Report [DE 76] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion for Entry of Final Garnishment Judgment [DE 72] is **GRANTED**. The Court will enter a separate final garnishment judgment.

3. The Motion for Disposition and Entry of Garnishment Judgment or Motion to Eliminate or Reduce Time for Objecting to R&R [DE 79] is **DENIED AS MOOT.**

4. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of February, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Hunt

Counsel of record